# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00819-CV

**Hallmark Specialty Insurance Company, Appellant**

**v.**

**Warehouse Entertainment, LLC d/b/a Qua Bottle Lounge, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-10-002326, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal, explaining that they have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Joint Motion

Filed:   June 8, 2012